IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>SHAWN A. PRATER,<br><br>          Defendant. | 8:22CR125<br><br>**FINAL ORDER OF FORFEITURE** |

      This matter is before the Court on the United States' Motion for a Final Order of Forfeiture as to the residence at 2002 Maple Street, Omaha, Nebraska, further identified as Dewey Place, Lot 1 Block 0, 50x122 and the Mossberg .410 shotgun. Filing 499. Having reviewed the record in this case, the Court finds as follows:

      1.     On February 21, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting defendant Shawn A. Prater's interest in the residence at 2002 Maple Street, Omaha, Nebraska, further identified as Dewey Place, Lot 1 Block 0, 50x122 and the Mossberg .410 shotgun, serial number P615065. Filing 334.

      2.     Additionally, the Court entered a Forfeiture Money Judgment in the amount of $80,165.00 against defendant Shawn A. Prater. Filing 334. The money judgment did not require an ancillary hearing pursuant to Rule 32.2(c)(1), and the money judgment became final at sentencing pursuant to Rule 32.2(b)(4)(A).

      3.     Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 7, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed by the United States on July 8, 2024. Filing 498.

4. The United States advises the Court that no party has filed a petition regarding the residence at 2002 Maple Street, Omaha, Nebraska, further identified as Dewey Place, Lot 1 Block 0, 50x122 or the Mossberg .410 shotgun. Filing 499 at 1 (¶ 4). From a review of the Court file, the Court finds that no person or entity has filed a petition.

5. The United States further advises that on June 26, 2024, the United States Attorney's Office received the required Residential Appraisal to proceed with the forfeiture. Filing 499 at 1 (¶ 5).

6. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Final Order of Forfeiture, Filing 499, is granted;

2. All right, title, and interest in and to the residence at 2002 Maple Street, Omaha, Nebraska, further identified as Dewey Place, Lot 1 Block 0, 50x122 and the Mossberg .410 shotgun, held by any person or entity are forever barred and foreclosed;

3. The residence at 2002 Maple Street, Omaha, Nebraska, further identified as Dewey Place, Lot 1 Block 0, 50x122 (real property) and the Mossberg .410 shotgun are forfeited to the Government;

4. The Government is directed to dispose of the real property and shotgun in accordance with the law.

Dated this 12th day of July, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge